Julie E. Oelsner, State Bar No. 125432
**weintraub tobin** chediak coleman grodin
law corporation
400 Capitol Mall, 11th Floor
Sacramento, CA 95814
Tel: 916.558.6000
Fax: 916.446.1611
joelsner@weintraub.com

Attorneys for Appellant,
Jamestown S'Klallam Tribe

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>INTERNATIONAL MANUFACTURING GROUP, INC.,<br><br>            Debtor.<br><br>JAMESTOWN S'KLALLAM TRIBE,<br><br>            Appellant,<br><br>    vs.<br><br>BEVERLY McFARLAND,<br><br>            Appellee. | District Court Case Number<br>No. 2:17-CV-00293-WBS<br><br>Bankruptcy Court Case Number<br>No. 14-25820-D-11<br><br>Adversary Proceeding Number<br>No. 16-02090-D<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE BRIEFS** |

The Court has considered the Stipulation entered into between Appellant, Jamestown S'Kallam Tribe and Appellee International Manufacturing Group, Inc., a Liquidating Debtor, by and through The Beverly Group, Inc. as Plan Administrator (the "Plaintiff"), by and through their respective counsel of record.

Accordingly, it is hereby ORDERED that

1.    Appellant's opening brief and excerpts of record are due and will be filed in the District Court on or before May 17, 2017.

2.    Appellee's opening brief is due and will be filed in the District Court within thirty

(30) days after service of appellant's brief.

        3.      Appellant may file a reply brief with the District Court, within fourteen (14) days after service of appellee's brief.

Dated: April 18, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE