Julie E. Oelsner, State Bar No. 125432
**weintraub tobin** chediak coleman grodin
law corporation
400 Capitol Mall, 11th Floor
Sacramento, CA 95814
Tel: 916.558.6000
Fax: 916.446.1611
joelsner@weintraub.com

Shawn B. Rediger (WSBA #26425), *Admitted Pro Hac Vice*
Daniel A. Brown (WSBA #22028), *Admitted Pro Hac Vice*
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Fax: (206) 628-6611
srediger@williamskastner.com
dbrown@williamskastner.com

Attorneys for Creditor/Special Requestor,
Jamestown S'Klallam Tribe

FILED
Jun 06, 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

District Court No.
2:17-cv-0293 WBS

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>INTERNATIONAL MANUFACTURING GROUP, INC.,<br><br>    Debtor.<br><br>BEVERLY N. McFARLAND, Chapter 11 Trustee, International Manufacturing Group, Inc.,<br><br>    Plaintiff,<br><br>vs.<br><br>CALIFORNIA BANK & TRUST, a California Corporation; BANK OF AMERICA, N.A., a Delaware Corporation; and JAMESTOWN S'KLALLAM TRIBE,<br><br>    Defendants. | Case No. 14-25820-D11<br><br><br><br>Adv. Proc. No. 16-02090<br><br>Chapter 11<br><br>**STIPULATION TO AMEND DESIGNATION OF RECORD** |

{2254342.DOC;}

1

This *Stipulation to Amend Designation of Record* (the "Stipulation") is entered into by and between Plaintiff, Beverly N. McFarland, Chapter 11 Trustee for the estates of International Manufacturing Group, Inc. and substantively consolidated related entities (the "Trustee"), by and through her undersigned counsel of record, and Defendant Jamestown S'Klallam Tribe ("Jamestown"), by and through its undersigned counsel of record.

## I. STIPULATION

**NOW, THEREFORE,** the Trustee and Defendant Jamestown, by and through their counsel of record, hereby stipulate and agree as follows:

In the present appeal from Adversary Proceeding No. 16-02090 United States Bankruptcy Court for the Eastern District of California pending as Case No. 17-00293 before the United States District Court for the Eastern District of California the parties both timely submitted their designations of record from the bankruptcy court.

Inadvertently, the parties omitted one of the two tentative rulings made part of the final order issued by the Bankruptcy Court, found at Docket, #142. Pursuant to Fed. R. Bankr. P. 8009(e) the parties jointly request that the record be supplemented with Docket #142, the record certified, and transmitted to the District Court. A copy of the referenced docket entry is attached hereto as Exhibit A.

**IT IS SO STIPULATED BY THE PARTIES THROUGH THEIR COUNSEL OF RECORD.**

DATED this 30 day of May, 2017.

weintraub tobin chediak coleman grodin
LAW CORPORATION

{2254342.DOC;}

| DIAMOND MCCARTHY LLP | WILLIAMS, KASTNER & GIBBS, PLLC |
|---|---|
| By: /s/ | By: /s/ |
| ALLAN B. DIAMOND (*Pro Hac Vice*) | SHAWN B. REDIGER (WSBA #26425), |
| CHRISTOPHER D. SULLIVAN (148083) | *Admitted Pro Hac Vice* |
| MICHAEL YODER (*Pro Hac Vice*) | DANIEL A. BROWN (WSBA #22028) |
| MATTHEW S. SEPUYA (287947) | *Admitted Pro Hac Vice* |
| 150 California Street, Suite 2200 | 601 Union Street, Suite 4100 |
| San Francisco, CA 94111 | Seattle, WA 98101-2380 |
| Phone: (415) 692-5200 | Telephone: (206) 628-6600 |
| Email: adiamond@diamondmccarthy.com | Fax: (206) 628-6611 |
| csullivan@diamondmccarthy.com | Email: srediger@williamskastner.com |
| myoder@diamondmccarthy.com | dbrown@williamskastner.com |
| msepuya@diamondmccarthy.com | |

*Special Litigation Counsel for*
*Beverly N. McFarland, Chapter 11 Trustee*

*Attorneys for Creditor/Special Requestor*
*Jamestown S'Klallam Tribe*

{2254342.DOC;}

3 — STIPULATION TO AMEND DESIGNATION OF RECORD

6101205.1

Julie E. Oelsner, State Bar No. 125432
**weintraub tobin** chediak coleman grodin
law corporation
400 Capitol Mall, 11th Floor
Sacramento, CA 95814
Tel: 916.558.6000
Fax: 916.446.1611
joelsner@weintraub.com

Shawn B. Rediger (WSBA #26425), *Admitted Pro Hac Vice*
Daniel A. Brown (WSBA #22028), *Admitted Pro Hac Vice*
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Fax: (206) 628-6611
srediger@williamskastner.com
dbrown@williamskastner.com

Attorneys for Creditor/Special Requestor,
Jamestown S'Klallam Tribe

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>INTERNATIONAL MANUFACTURING GROUP, INC.,<br><br>Debtor. | Case No. 14-25820-D11 |
| BEVERLY N. McFARLAND, Chapter 11 Trustee, International Manufacturing Group, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>CALIFORNIA BANK & TRUST, a California Corporation; BANK OF AMERICA, N.A., a Delaware Corporation; and JAMESTOWN S'KLALLAM TRIBE,<br><br>Defendants. | Adv. Proc. No. 16-02090<br><br>Chapter 11<br><br>**ORDER GRANTING STIPULATION TO AMEND DESIGNATION OF RECORD** |

{2254341.DOC;}

1

ORDER GRANTING STIPULATION TO AMEND
DESIGNATION OF RECORD

RECEIVED
June 01, 2017
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006061139

The *Stipulation to Amend Designation of Record* (the "Stipulation") was filed June 1, 2017 by Defendant Jamestown S'Klallam Tribe ("Jamestown). Based on and for the reasons stated in the Stipulation and pursuant to Fed. R. Bankr. P. 8009(e):

**IT IS HEREBY ORDERED:**

The record on appeal will be supplemented with Docket #142, the record certified, and transmitted to the District Court.

Dated: June 02, 2017

Robert S. Bardwil, Judge
United States Bankruptcy Court

{2254341.DOC;}

ORDER GRANTING STIPULATION TO AMEND DESIGNATION OF RECORD

2