Julie E. Oelsner, State Bar No. 125432
**weintraub tobin** chediak coleman grodin
law corporation
400 Capitol Mall, 11th Floor
Sacramento, CA 95814
Tel: 916.558.6000
Fax: 916.446.1611
joelsner@weintraub.com

Attorneys for Appellant,
Jamestown S'Klallam Tribe

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>INTERNATIONAL MANUFACTURING GROUP, INC.,<br><br>    Debtor.<br><br>JAMESTOWN S'KLALLAM TRIBE<br><br>    Appellant,<br><br>vs.<br><br>BEVERLY N. McFARLAND, Chapter 11 Trustee, International Manufacturing Group, Inc.,<br><br>    Appellee. | District Court Case No. 2:17-cv-00293-WBS<br><br>Bankruptcy Court Case No. 14-25820-D11<br><br>Adversary Proceeding No. 16-02090<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLY BRIEF** |

       Whereas, this Court issued the BRIEFING SCHEDULE IN BANKRUPTCY APPEAL on March 16, 2017 [Doc. No. 3-1] providing that appellant's opening brief and excerpts of record are due within thirty (30) days of said date, appellee's opening brief is due within thirty (30) days after service of appellant's brief, and that appellant may file a reply brief within fourteen (14) days after service of appellee's brief.

       Whereas, this Court issued an Order Granting Extension of Time to File Briefs on April 19, 2017 [Doc. No. 6] providing that appellant's opening brief and excerpts of record are due on or before May 17, 2017, appellee's opening brief is due within thirty (30) days after service of

appellant's brief, and that appellant may file a reply brief within fourteen (14) days after service of appellee's brief.

Whereas, appellant's brief and excerpts of record were filed on May 17, 2017 [Doc. Nos. 12 and 12-1] and appellee's brief and supplemental excerpts of record were filed on June 16, 2017 [Doc. Nos. 16 and 17]. Appellant's reply brief is due within fourteen (14) days of appellee's brief, June 30, 2017.

The parties hereto stipulate to an extension of said filing deadline for appellant's reply brief as set forth below:

1. Appellant may file a reply brief with the District Court on or before July 7, 2017.

Dated: June 22, 2017 **WEINTRAUB TOBIN**

By: /s/ Julie E. Oelsner
Julie E. Oelsner, State Bar No. 125432
Counsel for Appellant, Jamestown S'Klallam Tribe

Dated: June 22, 2017 **DIAMOND MCCARTHY, LLP**

By /s/ Christopher Sullivan
Christopher Sullivan, SBN 148083
Counsel for Appellee, Beverly N. McFarland

IT IS SO ORDERED:

Dated: June 23, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE