1  Julie E. Oelsner, State Bar No. 125432
   **weintraub tobin** chediak coleman grodin
2  law corporation
   400 Capitol Mall, 11th Floor
3  Sacramento, CA  95814
   Tel: 916.558.6000
4  Fax: 916.446.1611
   joelsner@weintraub.com
5

6  Shawn B. Rediger (WSBA #26425), Admitted *Pro Hac Vice*
   Daniel A. Brown (WSBA #22028), Admitted *Pro Hac Vice*
7  WILLIAMS, KASTNER & GIBBS PLLC
   601 Union Street, Suite 4100
8  Seattle, WA  98101-2380
   Telephone:  (206) 628-6600
9  Fax:  (206) 628-6611
   srediger@williamskastner.com
10 dbrown@williamskastner.com

11
   *Attorneys for Appellant, Jamestown S'Klallam Tribe*
12

13                    UNITED STATES DISTRICT COURT

14                    EASTERN DISTRICT OF CALIFORNIA

15                           SACRAMENTO DIVISION

| | |
|---|---|
| 16  In re | **District Court Case No. 2:17-cv-00293-WBS** |
| 17  INTERNATIONAL MANUFACTURING GROUP, INC., | Bankruptcy Court Case No. 14-25820-D11 |
| 18 | |
| 19  Debtor. | |
| 20  JAMESTOWN S'KLALLAM TRIBE | Adversary Proceeding No. 16-02090 |
| 21  Appellant, | |
|     vs. | **STIPULATION AND AGREED ORDER TO CONTINUE ORAL ARGUMENT ON BANKRUPTCY APPEAL** |
| 22 | |
| 23  BEVERLY N. McFARLAND, Chapter 11 Trustee, International Manufacturing Group, Inc., | [Clerk's Action Required] |
| 24 | |
| 25  Appellee. | |

26         By minute order entered on July 10, 2017, this Court set for hearing the Bankruptcy

27  {2273469.DOC;}                        1              STIPULATION AND AGREED ORDER TO
                                                          CONTINUE ORAL ARGUMENT ON
28                                                              BANKRUPTCY APPEAL

Appeal for Monday, August 21, 2017 at 1:30 pm. On that day, counsel for the appellant has another trial scheduled in Idaho.

Both counsel have conferred with the parties who stipulate to continuing the hearing date from August 21, 2017 to Monday, September 18, 2017 at 1:30PM (PST). Appellant's counsel has contacted the Court to confirm the Court's availability for the new hearing date.

Dated: _____

DIAMOND MCCARTHY LLP

By _____
Christopher Sullivan, SBN 148083
Allan B. Diamond, Admitted *Pro Hac Vice*
Michael Yoder, Admitted *Pro Hac Vice*
150 California Street, Suite 2200
San Francisco, CA  94111
Telephone: (415) 692-5200
Counsel for Appellee, Beverly N. McFarland

*Attorneys for Appellee Beverly N. McFarland, Trustee*

Dated: July 14, 2017

WEINTRAUB TOBIN

By: /s/ Julie E. Oelsner
Julie E. Oelsner, State Bar No. 125432
Counsel for Appellant,
Jamestown S'Klallam Tribe
400 Capitol Mall, 11th Floor
Sacramento, CA  95814
Tel: (916) 558-6000
Email: joelsner@weintraub.com

and

By: /s/ Shawn B. Rediger
Daniel A. Brown, WSBA #22028,
Admitted *Pro Hac Vice*
Shawn B. Rediger, WSBA #26425
Admitted *Pro Hac Vice*
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Email: dbrown@williamskastner.com
    srediger@williamskastner.com

*Attorneys for Appellant Jamestown S'Klallam Tribe*

IT IS SO ORDERED:

Dated: July 14, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

weintraub tobin chediak coleman grodin
LAW CORPORATION